UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY VARELA, an individual<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, an Illinois corporation, and DOES 1 through 10.<br><br>Defendants. | Case No. 1:19-cv-00617-DAD-EPG<br><br>ORDER EXTENDING TIME FOR DEFENDANT STATE FARM GENERAL INSURANCE COMPANY TO RESPOND TO COMPLAINT<br><br>(ECF NO. 6) |

On June 3, 2019, Plaintiff Ashley Varela and Defendant State Farm General Insurance Company filed a joint stipulation agreeing that Defendant would have a 14-day extension, up to and including June 17, 2019, to respond to the Complaint. (ECF No. 6) Finding good cause for the brief extension, IT IS ORDERED that Defendant State Farm General Insurance Company shall respond to Plaintiff's Complaint no later than June 17, 2019.

IT IS SO ORDERED.

Dated: **June 4, 2019**   /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE