**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ASHLEE VALERA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, et al.,<br><br>　　　　Defendants. | CASE NO. 1:19-cv-00617-DAD-EPG<br><br>ORDER GRANTING STIPULATION FOR EXTENSION OF NON-EXPERT AND EXPERT DISCOVERY DEADLINES<br><br>(ECF No. 20) |

Pursuant to the parties' stipulation filed on June 2, 2020, (ECF No. 20), and finding good cause, the Court modifies the schedule as follows:

| **Event / Deadline** | **Date** |
|---|---|
| Non-Expert Discovery Cut-Off | October 13, 2020 |
| Expert Discovery Cut-Off | November 13, 2020 |
| Dispositive Motion Filing Deadline | November 20, 2020 (unchanged) |
| Pretrial Conference | March 29, 2021 (unchanged) |
| Trial | June 8, 2021 (unchanged) |

IT IS SO ORDERED.

　　Dated:　**June 2, 2020**　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1