UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASHLEE VARELA,** an individual, | Case No. 1:19-cv-00617-DAD-EPG |
| Plaintiff, | |
| v. | **FURTHER STIPULATION AND ORDER FOR REGARDING DISCOVERY CUT-OFFS** |
| **STATE FARM GENERAL INSURANCE COMPANY**, a corporation, and **DOES 1 through 10**, | (ECF No. 25) |
| Defendants. | |

Plaintiff Ashlee Varela and Defendant State Farm General Insurance Company, by and through their attorneys of record, hereby agree and stipulate as follows:

**RECITALS**

The initial scheduling order in this case was entered on September 26, 2019.  On June 2, 2020, the Court entered its Order Granting Stipulation for Extension of Non-Expert and Expert Discovery Deadlines.  The June 2nd order extended the deadlines for Non-Expert Discovery (extended to October 13, 2020) and Expert Discovery (extended to November 13, 2020).  All other dates established by the original order remained unchanged, including the deadlines for expert disclosures and rebuttal expert disclosures, the dispositive motion deadline, the pre-trial conference date and the trial date.

**STIPULATION**

Pursuant to the foregoing, the Parties, through their attorneys of record, stipulate and agree that the deadline for initial exchange of expert disclosures shall be extended to October 16,

2020.  The deadline for rebuttal expert disclosure shall be extended to October 30, 2020.  Other dates shall remain unchanged from the prior June 2nd order, such that the following deadlines and dates shall be operable:

| Event / Deadline | Date |
| --- | --- |
| Non-Expert Discovery Cut-Off | October 13, 2020 |
| Expert Disclosure | October 16, 2020 |
| Rebuttal Expert | October 30, 2020 |
| Expert Discovery Cut-off | November 13, 2020 |
| Pre-Trial Conference | March 29, 2021 |
| Trial | June 8, 2021 |

Dated: July 20, 2020                    Kerley Schaffer LLP


                                        /s/ Christopher Carling
                                        J. Edward Kerley
                                        Dylan L. Schaffer
                                        Christopher Carling
                                        Attorneys for Plaintiff


Date: July 20, 2020                     McCORMICK, BARSTOW, SHEPPARD,
                                        WAYTE & CARRUTH LLP


                                        /s/ Dana B. Denno
                                        Dana B. Denno
                                        Attorneys for Defendant State Farm General
                                        Insurance Company

**ORDER**

PURSUANT TO STIPULATION (ECF No. 25), and good cause appearing, the Court modifies the schedule as follows:

| Event / Deadline | Date |
|---|---|
| Non-Expert Discovery Cut-Off | October 13, 2020 (unchanged) |
| Expert Disclosure | October 16, 2020 |
| Rebuttal Expert | October 30, 2020 |
| Expert Discovery Cut-off | November 13, 2020 (unchanged) |
| Pre-Trial Conference | March 29, 2021 (unchanged) |
| Trial | June 8, 2021(unchanged) |

IT IS SO ORDERED.

Dated:   **July 21, 2020**

/s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE

3