UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ASHLEE VARELA, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, an Illinois Corporation, and DOES 1 through 10,<br><br>    Defendant. | Case No. 1:19-CV-00617-DAD-EPG<br><br>**FURTHER STIPULATION AND ORDER REGARDING DISCOVERY CUT-OFFS**<br><br>(ECF No. 31) |

Plaintiff Ashlee Varela and Defendant State Farm General Insurance Company, by and through their attorneys of record, hereby agree and stipulate as follows:

**RECITALS**

The initial scheduling order in this case was entered on September 26, 2019. On June 2, 2020, the Court entered its Order Granting Stipulation for Extension of Non-Expert and Expert Discovery Deadlines. The June 2nd order extended the deadlines for Non-Expert Discovery (extended to October 13, 2020) and Expert Discovery (extended to November 13, 2020). All other dates established by the original order remain unchanged, including the deadlines for expert disclosures and rebuttal expert disclosures, the dispositive motion deadline, the pre-trial conference date and the trial date. On July 21, 2020, the Court entered its Order Granting Stipulation to address

the parties' request that the deadline for expert disclosures follow the new discovery deadlines that were the subject of the June extension.  Accordingly, the deadline for initial exchange of expert disclosures was extended to October 16, 2020.  The deadline for rebuttal expert disclosures was extended to October 30, 2020.

## **STIPULATION**

Since the July 21, 2020 Order, the parties have engaged in additional discovery in an attempt to comply with the current deadline, including enlisting the assistance of the Court by way of informal discovery conference.  However, despite the diligence of the parties, certain discovery may not be completed by the current deadline.  For example, the parties are attempting to schedule four key witness depositions the weeks of October 5th and 16th.  Several attempts were made to clear dates for witnesses on both sides, but we unable to be accommodated prior to this time.

In an effort to allow for scheduling of this ongoing discovery, the Parties, through their attorneys of record, stipulate and agree that all discovery-related deadlines be extended by 90 days. The parties are not requesting to continue the pre-trial conference or trial date at this time.

| **Event/Deadline** | **Date** |
|---|---|
| Non-Expert Discovery Cut-Off | January 13, 2021 |
| Expert Disclosure | January 18, 2021 |
| Rebuttal Expert Disclosure | February 1, 2021 |
| Expert Discovery Cut-off | February 15, 2021 |
| Dispositive Motion Cut-off | February 19, 2021 |
| Pre-trial Conference | March 29, 2021 (unchanged) |
| Trial | June 8, 2021 (unchanged) |

Dated: September 11, 2020                             KERLEY SCHAFFER LLP


                                                By:      /s/ Christopher Carling
                                                         J. Edward Kerley
                                                         Dylan L. Schafer
                                                         Christopher Carling
                                                      Attorneys for Ashlee Varela



Dated: September 11, 2020                    McCORMICK, BARSTOW, SHEPPARD,
                                                    WAYTE & CARRUTH LLP


                                                By:      /s/Dana B. Denno
                                                         Dana B. Denno
                                              Attorneys for State Farm General Insurance
                                                              Company

**ORDER**

On September 11, 2020, the parties filed a stipulation and proposed order for extension of discovery cutoffs. (ECF No. 31). The motion also requested a new date for a dispositive motion cutoff. As such, the Court will grant the parties' motion to the extent it seeks new dates. However, the Court will also continue the pretrial conference and trial to accommodate the newly requested dispositive motion filing date.

Accordingly, finding good cause, the scheduling order in this case is HEREBY MODIFIED as follows:

| Event/Deadline | Date |
| --- | --- |
| Non-Expert Discovery Cut-Off | January 13, 2021 |
| Expert Disclosure | January 18, 2021 |
| Rebuttal Expert Disclosure | February 1, 2021 |
| Expert Discovery Cut-off | February 15, 2021 |
| Dispositive Motion Cut-off | February 19, 2021 |
| Pre-trial Conference | July 26, 2021 at 1:30 p.m. |
| Trial | September 28, 2021 at 8:30 a.m. |

IT IS SO ORDERED.

Dated: __September 14, 2020__        /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE

4